ORDERED.

Dated:  January 27, 2020

_____
Michael G. Williamson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:                                                                          CASE NO.: 8:19-bk-08702-MGW
                                                                                                     CHAPTER 7
Karen J Garcia,

   Debtor.
_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on consideration upon the hearing on 01/23/2020 on SPECIALIZED LOAN SERVICING, LLC's ("Secured Creditor") Motion for Relief from Stay (Docket No. 19). No appropriate response has been filed in accordance with Local Rule 2002-4.  Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.
2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 2921 Trinity Cottage, Land O

1

Lakes Florida 34638 in Pasco County, Florida, and legally described as:

> **EXHIBIT "A"**
>
> OR BK **7637** PG **25**
> 17 of 20
>
> Lot 18, in Block G, of CONCORD STATION PHASE 4 UNITS A & B, according to the Plat thereof, as recorded in Plat Book 60, Page 110, of the Public Records of Pasco County, Florida.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).
4. Secured Creditor is prohibited from seeking a deed in leiu from the borrower.
5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.
6. Attorneys' fees in the amount of $345.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.
7. This Court makes no determination that the Debtor has defaulted on the underlying obligation.

###

Attorney, Keith Labell, is directed to serve a copy of this order on interested parties that do not receive electronic notice via CM/ECF and file a proof of service within 3 days of entry of the order.